# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TELECOMM INNOVATIONS, LLC,<br><br>    *Plaintiff*,<br><br>    v.<br><br>NEC CORPORATION and NEC CORPORATION OF AMERICA*,*<br><br>    *Defendants*. | Civil Action No. 1:12-cv-01273-SLR |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Telecomm Innovations, LLC hereby files this voluntary Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1). According to Rule 41(a)(1), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer. Defendants NEC Corporation and NEC Corporation of America (collectively, "Defendants") have not yet answered the Complaint. Accordingly, Telecomm Innovations, LLC voluntarily dismisses Defendants without prejudice pursuant to Rule 41(a)(1).

| | |
|---|---|
| Dated: March 11, 2013 | STAMOULIS & WEINBLATT LLC<br><br>*/s/ Richard C. Weinblatt*<br>Stamatios Stamoulis #4606<br>    stamoulis@swdelaw.com<br>Richard C. Weinblatt #5080<br>    weinblatt@swdelaw.com<br>Two Fox Point Centre<br>6 Denny Road, Suite 307<br>Wilmington, DE 19809<br>Telephone: (302) 999-1540<br><br>*Counsel for Plaintiff*<br>*Telecomm Innovations, LLC* |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 11, 2013, I electronically filed the above document(s) with the Clerk of Court using CM/ECF which will send electronic notification of such filing(s) to all registered counsel.

>*/s/ Richard C. Weinblatt*
>Richard C. Weinblatt #5080